IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN CREDICO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNKNOWN NSA AGENTS OF THE UNITED STATES TAO, et al. | : | NO. 14-5718 |

O R D E R

AND NOW, this 10th day of October 2014, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. The motion to proceed *in forma pauperis* is DENIED, pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the court's Memorandum.

2. If he seeks to continue with this case, plaintiff must remit the $350 filing fee and $50 administrative fee to the Clerk of Court within thirty (30) days from the date of this order.

3. The Clerk of the Court shall CLOSE this case for statistical purposes.

BY THE COURT:

/s/ Juan R. Sanchez
JUAN R. SANCHEZ, J.